

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00707-CV

Ricardo **MONTELONGO,**
Appellant

v.

**THE FROST NATIONAL BANK,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-01143
Honorable Tina Torres, Judge Presiding

# O R D E R

The clerk's record has been filed in this appeal. However, it does not contain the October 4, 2022 "Order for Turnover Relief" being appealed in this case. Accordingly, we order the trial court clerk to file a supplemental clerk's record containing the October 4, 2022 "Order for Turnover Relief" from Cause No. 2009-CI-01143 in this court on or before **December 23, 2022**. TEX. R. APP. P. 34.5(c)(1).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court